An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61105

**FILED**

APR 1 1 2013


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for return of seized property. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for return of seized property, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Jerome Polaha, District Judge
      Gregory James Bennett
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

------

[1]Because we lack jurisdiction, we decline to consider the proper person documents filed in this case.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10793